IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ASSISTANT STORE MANANGERS
former Jimmy John's sandwich shop ("ASMs"),
and EMILY BRUNNER

Plaintiffs,

v.   Case No. 16-mc-0047-DRH

KIDDS RESTAURANT, INC.,

Defendant.

### ORDER[1]

This matter comes before the Court pursuant to a Stipulation Concerning Plaintiff's Motion to Compel Compliance with Subpoenas to the Northern District of Illinois or, in the alternative, to Compel Compliance with Subpoenas (Doc. 3). The subject subpoenas were issued in an underlying action pending in the Northern District of Illinois - *Brunner v. Jimmy, John's, LLC*, No. 14-cv-5509 (N.D. Ill.) ("Brunner").[2] The parties have agreed to transfer this action to the Northern District of Illinois to allow the *Brunner* Court to resolve the disposition of the plaintiffs' document subpoenas. Having reviewed the docket, the Court finds that this action is related to *Brunner*, **ACKNOWLEDGES** the

---

[1] This order is amending the Court's prior order (Doc. 4) for the sole purpose of clarifying the related action pending in the Northern District of Illinois.

[2] To date, two other related actions pending in the Northern District of Illinois have been consolidated with *Brunner*: *Whiton v. Jimmy John's LLC*, No. 15-cv-1681 (N.D. Ill.), and *Watson v. Jimmy John's, LLC*, No. 15-cv-06010 (N.D. Ill.).

stipulation and **TRANSFERS** this miscellaneous action to the Northern District of Illinois.

**IT IS SO ORDERED.**

Signed this 7th day of July, 2016.

Digitally signed by Judge David R. Herndon
Date: 2016.07.07 10:38:06 -05'00'

United States District Judge